1 | LARA R. SHAPIRO (State Bar No. 227194)
2 | 4145 Via Marina # 324
  | Marina del Rey, CA 90292
  | Telephone: (310) 577-0870
3 | Facsimile: (424) 228-5351

4 | *Of Counsel to*
  | Lemberg & Associates LLC
5 | A Connecticut Law Firm
  | 1100 Summer Street
6 | Stamford, CT 06905
  | Telephone: (203) 653-2250
7 | Facsimile: (203) 653-3424

8 | Attorneys for Plaintiff,
  | Steven Orozco

9

10

11 | UNITED STATES DISTRICT COURT

12 | CENTRAL DISTRICT OF CALIFORNIA

13

14 | Steven Orozco,                              Case No.: 2:09-cv-05719-SJO-E
15 |
16 |        Plaintiff,                           **JOINT NOTICE OF SETTLEMENT**
17 |   vs.
18 | Northstar Location Services, LLC; and
   | Does 1-10, inclusive,
19 |
20 |        Defendants.

---

CASE NO. 2:09-cv-05719-SJO-E                              JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a joint stipulation of dismissal of this case with prejudice within 30 days.

WE SO STIPULATE.

DATED: October 26, 2009　　　　　　　　LEMBERG & ASSOCIATES, LLC


By:　*/s/ Lara R. Shapiro*
　　　Lara R. Shapiro, *of counsel*

Attorney for Plaintiff
Steven Orozco


DATED: October 26, 2009　　　　　　　　ROPERS MAJESKI KOHN & BENTLEY


By:　　*/s/ Sean Flynn*
　　　　Sean Flynn
　　Attorney for Defendant Northstar
　　Location Services, LLC