LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Steven Orozco

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Orozco,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Northstar Location Services, LLC; and Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:09-cv-05719-SJO-E<br><br>**ORDER DISMISSING COMPLAINT** |

The Court hereby dismisses the case with prejudice pursuant to stipulation of the parties.

IT IS SO ORDERED

　　November 13, 2009

Date:_____　　　　　　　　　　　_S. James Otero_
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable S. James Otero

---

CASE NO. 2:09-cv-05719-SJO-E　　　　　　　　[PROPOSED] ORDER DISMISSING COMPLAINT